*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   September 18, 2014                518450
_____

In the Matter of the Claim of
    RUBEN ABREU,
                        Appellant.

E. ARMATA, INC.,                          MEMORANDUM AND ORDER
                Respondent.

COMMISSIONER OF LABOR,
                Respondent.
_____

Calendar Date:   August 4, 2014

Before:   Stein, J.P., Garry, Lynch, Devine and Clark, JJ.

                        _____


        Ruben Abreu, Mamaroneck, appellant pro se.

        Frumkin & Hunter, LLP, White Plains (William Frumkin of
counsel), for E. Armata, Inc., respondent.


                        _____


        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed October 28, 2013, which denied claimant's
application for reopening and reconsideration of a prior
decision.

        Claimant, a driver who delivered wholesale produce, was
discharged by the employer after evidence suggested that he had
stolen 40 boxes of tomatoes by delivering them to the wrong
address.  The employer challenged the initial determination of
the Department of Labor that claimant was entitled to
unemployment insurance benefits and, following a hearing at which
claimant did not appear, the Administrative Law Judge found that
claimant had lost his employment due to disqualifying misconduct
and was ineligible for benefits.  The Administrative Law Judge

refused to reopen the hearing upon claimant's application, and the Unemployment Insurance Appeal Board affirmed. Claimant then moved for the Board to reopen and reconsider its decision, and he now appeals from the denial of that motion.

We affirm. Claimant argues that the Board erred in denying his application for reopening and reconsideration, a decision that "will not be disturbed absent a showing that the Board abused its discretion" (Matter of Lambrecht [Commissioner of Labor], 102 AD3d 1050, 1051 [2013]). Here, claimant premised his motion upon "new evidence" that had, in fact, already been placed before the Board. Suffice it to say, we perceive no abuse of discretion in the Board's refusal to reconsider the matter under these circumstances (see Matter of Higgins [Hudacs], 201 AD2d 810, 810 [1994]).

Stein, J.P., Garry, Lynch, Devine and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court